DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GILBERTO MACHADO,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT,**
Appellee.

No. 4D15-2866

[March 9, 2016]

Appeal from the State of Florida, Department of Revenue, Child Support Enforcement; Depository No. 56150000567DR and CSE Case No. 2000702843.

Gilberto Machado, Port St. Lucie, pro se.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

The July 2, 2015 final administrative support order is affirmed without prejudice to appellant to file a civil action to determine support obligations pursuant to section 409.2563(4)(l), Florida Statutes.

*Affirmed.*

CIKLIN, C.J., GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***